**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
BEFORE: BECKY R. THORSON
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Trevon Shakur Edwards,

        Defendant.

| | |
|---|---|
| Case No: | 21-mj-814 BRT |
| Date: | November 1, 2021 |
| Video Conference | |
| Time Commenced: | 2:11 p.m. |
| Time Concluded: | 2:28 p.m. |
| Time in Court: | 17 minutes |

APPEARANCES:

    Plaintiff: Bradley Endicott, Assistant U.S. Attorney
    Defendant: Keala Ede, Assistant Federal Public Defender
        X FPD        X To be appointed

    X Advised of Rights

on  X Complaint
X Date charges or violation filed: 10/25/2021
X Current Offense: Interference with commerce by robbery
X **Charges from other District:** Northern District of Texas
X Title and Code of underlying offense from other District: 18:1951
X Case no: 4:21mj713

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is November 3, 2021 at 10:00 a.m. via video conference before U.S. Magistrate Judge Becky R. Thorson for:
X Detention hrg  X Preliminary hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule 5(f) Brady notice read on the record.

                                                            s/ JAM
                                              Signature of Courtroom Deputy